Thomas A. MORGAN, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 602, 2015

Supreme Court of Delaware.

Submitted: November 20, 2015

Decided: December 29, 2015

Reargument/Rehearing En Banc Denied January 14, 2016

Corrected: January 14, 2016

AFFIRMED.